IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUYZAR LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1822 (CFC) |
| | ) |
| ROCKSTAR GAMES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

    IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to move, answer, or otherwise respond to the Complaint is extended until January 31, 2019.

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
_____
Timothy Devlin (#4241)
1306 North Broom Street, Suite 1
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant*

    SO ORDERED this ____ day of _____, 2018.

_____
United States District Court Judge